**Exhibit A to the Complaint**

Case No.  4:21-cv-03315

**Location:** Houston, TX

**Total Works Infringed:** 49

**IP Address:** 98.34.158.12

**ISP:**  Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 1 | Info Hash: 1A73F01B62BBA14A7F74E9C85BA71AAB8FB74EFC File Hash: 78D37A4E7F242F38F14CE2BB2B6748F89C2ABEE745BC90D6AC546118E8FF9D18 | 09-06-2021 16:21:29 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 2 | Info Hash: E3B1F3836E4BEABC214C83AB2B9A8CBC6B606614 File Hash: 4362CA7B86D96656C757BFF3B2913D415EF14344E4A045B444CA7B852272DE80 | 08-16-2021 22:27:35 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 3 | Info Hash: 23CDABC594F746F4037CB8BA65C7C7BA4C713A76 File Hash: 5FCFD9F7308186090C53A5E0123437342738BB6F5627AA06AE5D39B481B6A2E0 | 08-09-2021 23:38:55 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 4 | Info Hash: 6E928DF24605B494330F651D2CCE6417FD187F29 File Hash: A948DBE95C4AC97E0CEB94531CFBC097D092B2CBE57DF10E2632014B0AB593B0 | 07-21-2021 02:22:09 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 5 | Info Hash: 57BEF9B757F96A097133FC45E59FBF1AD7CC8BD9 File Hash: 603CF97DCF858B7288D48920F13E6A35F874A677F0F2475683F34F1674E48E38 | 07-18-2021 21:38:24 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 6 | Info Hash: 31524D6F150D0602C2264F65ABC600230D982467 File Hash: F3924B555A394239A2E59176A1FFCC5E5484C258A9825626F460E6CA44E55BB3 | 07-18-2021 18:44:35 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 7 | Info Hash: 10A56CFA001F18CA50D8136E76763A1546344C91 File Hash: 02BD9964FE86959F51FC13A7AAA0A36A6B195B5C1BC27B95EF946AD7FF35A011 | 07-12-2021 22:56:50 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 8 | Info Hash: 710DC05D0AF3C4979B5CC8EBA0C4BFFC1E8827EF File Hash: 3445E4A06FD554DC3243416F9C97B0B40FFC4E3B0058A9180F82574A5A5B0CF5 | 07-11-2021 17:16:06 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>66E841DDD72A50FF74298079B63B8046D69081CA<br>File Hash:<br>64783253670BAC42DF82F0CC9608EDB50306F7A4E72DE0A5C15320491B71A48A | 07-05-2021<br>23:00:17 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 10 | Info Hash:<br>0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash:<br>B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 07-05-2021<br>18:49:38 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 11 | Info Hash:<br>C0854D2C394711EFACEB1154606E98A1C6CBA363<br>File Hash:<br>2DEA6569C9152E74657B9107EA362B8A27CCCD32E8777DB9FA1974269AFB0E1D | 07-05-2021<br>18:32:40 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 12 | Info Hash:<br>EE17F083B17FF1CA2FB00CD0D59D40DF6B18D6EB<br>File Hash:<br>B1EA6D0E237026DF8243ACEADE7BF5EC61F63E0EE2CB6546C20E7DCBE043ACCC | 07-05-2021<br>17:42:43 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 13 | Info Hash:<br>60F18AC1EA37D85F5F3C247B27BB5AE3E9D8B864<br>File Hash:<br>EEA4DE3745C064D84C1EE9A20305439DFD94517DDAC0C5ED1C2A635809EDC6CA | 06-11-2021<br>19:37:22 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 14 | Info Hash:<br>6244BB226988F9FFD9377945E88F639E528D2E3E<br>File Hash:<br>07C597A0C069380A0078C561C9179C3776683B0B6D0325828DADC318951051EB | 06-11-2021<br>18:33:31 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 15 | Info Hash:<br>5A443D013A7143212C1C9506ACA62C1B071510CD<br>File Hash:<br>006871CCC927116E43461AA9F16B177A97A4C18D440F0AA5F1A3FD6B0F9FC912 | 05-30-2021<br>17:25:55 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 16 | Info Hash:<br>C9F2EAA7431A81519E228742010D25556A0875D5<br>File Hash:<br>52BB4F2D8D337F98C64B52728F50CC525480EFC9F651D1D04340E683E0F9CF15 | 05-29-2021<br>19:41:18 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 17 | Info Hash:<br>7C1C37E0ABC8D85BE517AD60BED3A751831AD194<br>File Hash:<br>02B459167F92D8A130C444F9A7BA878D125BA893D83E1BF1593326B653BF07E7 | 05-02-2021<br>17:56:22 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>C452AEE9A62AAAC042D92760381EB93D56CC4624<br>File Hash:<br>A74133F226748B4F84D52A2C60513BCCB93A5309DCB1FDF59DA9EE0A2EFD4356 | 04-28-2021<br>01:22:06 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 19 | Info Hash:<br>4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash:<br>B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 04-28-2021<br>01:09:38 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 20 | Info Hash:<br>2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-02-2021<br>21:15:11 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 21 | Info Hash:<br>ED3D79FFE111C98B93B1C7BC0BD85679C7021253<br>File Hash:<br>472B68F43EA56A2FE0F1709D547711545BEC79F0680D2718F683FF85D34052AE | 04-02-2021<br>20:58:29 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 22 | Info Hash:<br>94C7E424537F323DF8E3FA11853998B494DD1D74<br>File Hash:<br>0D1618E59F57EA89794E680081B697AB32245AB3DCC29C4AE444709687937339 | 04-02-2021<br>20:57:27 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 23 | Info Hash:<br>D94864E96CF07F119BEBED812D6D22F50C5C2AE9<br>File Hash:<br>5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 04-02-2021<br>16:11:48 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 24 | Info Hash:<br>24CBC0961F66D0254842302FDBC0E033E4ACE4C1<br>File Hash:<br>BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 03-14-2021<br>17:41:52 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 25 | Info Hash:<br>50DC2EF036DB5594F25ED3B5455050C78A904DBA<br>File Hash:<br>A7738C94604F818E7322174C1C3CF630607E4F042BCC1D4531FD37085D33EDF1 | 02-05-2021<br>22:01:28 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 26 | Info Hash:<br>2BE97DFA49EF767D94E4040239C494349D409C46<br>File Hash:<br>EBECDE01923BC5F8B50C0700F6BD81D8A5DCE5C823A61C812B675ED1D9613424 | 01-31-2021<br>22:56:52 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>C47DD4D0FEAE92D747EA81B5EFB91F2FAE62A77B<br>File Hash:<br>784B14F9E8413BC9FBF8064691EB0B59491B40FCABD60052C741902CE0984D50 | 01-23-2021<br>23:14:54 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 28 | Info Hash:<br>59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash:<br>CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-19-2021<br>21:46:59 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 29 | Info Hash:<br>34D11BBB013F62C4D05FF8E35761734EAF7DBBC9<br>File Hash:<br>0AB77A3F0D46748F548CAE0998134F33480F2CDD519953D87B5BC127610AF68E | 01-16-2021<br>20:38:47 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 30 | Info Hash:<br>AFD32AAF8A6AEC79183355270A62E23FACDA31F5<br>File Hash:<br>33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-10-2021<br>23:20:51 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 31 | Info Hash:<br>B4F2BAD7E6E0C097477005F688DBF84F190924FA<br>File Hash:<br>23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-07-2021<br>18:00:05 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 32 | Info Hash:<br>3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash:<br>E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 12-26-2020<br>21:58:06 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 33 | Info Hash:<br>568692569D20CFEB6529917EFF19D8D647BF99B9<br>File Hash:<br>BB50A78FC582B352896BECCBC45DF366F2594C42B51DB99FB3359AFD9A133019 | 12-20-2020<br>20:09:32 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 34 | Info Hash:<br>C5D204DC785F7FBAD0799E149DD6FFE9442893E9<br>File Hash:<br>5951E2FC96FBA568E67C0E89708A84798CB8F69F0AE809DC9D81226A47D677C6 | 12-15-2020<br>18:46:45 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 35 | Info Hash:<br>D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash:<br>8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 12-05-2020<br>22:48:32 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash:<br>47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash:<br>E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12-02-2020<br>23:16:19 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 37 | Info Hash:<br>B47A4E294BCAE048AD1CB4122CEA3FB39492476A<br>File Hash:<br>CD520B27BEC366CB42707606E2CBCFCC3A6DFA185C5467B36265E2C21D089E15 | 11-28-2020<br>17:39:00 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 38 | Info Hash:<br>7D9C7EC6E1F0D98C10F7375823161B420ED9998E<br>File Hash:<br>A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11-15-2020<br>21:13:42 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 39 | Info Hash:<br>8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash:<br>B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 11-12-2020<br>02:40:22 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 40 | Info Hash:<br>AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash:<br>C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 11-12-2020<br>00:50:49 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 41 | Info Hash:<br>131B196A325FE2D3F47B2B40BD903DC51C1C77D9<br>File Hash:<br>EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 10-31-2020<br>22:00:08 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 42 | Info Hash:<br>FE7C0D44A47F6096FD94CD83C6D0E297DD9D6B7A<br>File Hash:<br>41622F3E9DF992975FB2F0C99A6963B02435D4BC998DE40F626F414196F50B7D | 10-30-2020<br>20:16:39 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 43 | Info Hash:<br>37843E981F023C4F8A614866482FB097EADB6190<br>File Hash:<br>E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 10-25-2020<br>19:07:24 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 44 | Info Hash:<br>0FFB0F410BBEF345F0A6D0C21F7245EF83162E9C<br>File Hash:<br>C17D3B1AA6AFF175042CC65F9474EB194D120ECC79400261B4F6E8A3AB625E1C | 10-17-2020<br>18:27:24 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash: B46EFD7FB91E59A052BD9E14866C313594A0388A<br>File Hash: 4CD25AE8824289ABEC45E501B126EAFA7E1E6D4A1B202D44A2DCA7F9F7DFBE99 | 10-10-2020 17:20:15 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 46 | Info Hash: 7F7F8C77B005F1395F96284EC54E0B8B47B52B6D<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-04-2020 18:54:34 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 47 | Info Hash: C7991C34CF6D309137088F864D05F22D41BAD7CB<br>File Hash: 76DB8FAF20926B8B618288DD313D7991EA8B156AE005E5C23930EE89AE4F8A52 | 09-26-2020 15:12:52 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 48 | Info Hash: 81E555C6FF2380F80E2121E94A5B05C347608F4E<br>File Hash: 6621F2F8BA3B7ECC7F041B7B624B63210959A41615363561D1EC49D1EFEFEE6E | 09-07-2020 20:42:12 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 49 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09-05-2020 21:07:19 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |