United States District Court
Southern District of Texas
**ENTERED**
January 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cv-03316 |
| | § | |
| JOHN DOE, subscriber assigned IP address 98.34.158.12, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR ADJOURNMENT OF THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and adjournment of the Initial Scheduling Conference currently scheduled for January 14, 2022, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until March 7, 2022 to effectuate service of a summons and Complaint on Defendant and the Initial Case Pretrial and Scheduling Conference scheduled for January 14, 2022 is adjourned until after the Defendant is named and served with summons and Complaint.

**DONE AND ORDERED**.

Dated: January 13, 2022

_____
**Hon. Alfred H. Bennett**
**UNITED STATES DISTRICT JUDGE**